# United States Court of Appeals
## For the First Circuit

No. 17-2146

JAN C. TORRES-PAGÁN,

Plaintiff, Appellant,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security Administration,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 10, 2018 is amended as follows:

On page 6, line 3, "Liliam" should be changed to "Lilliam."